No. 11–7103. CASTELLANOS-BARBA, AKA BARBA CASTELLANOS, AKA FRANCO, AKA CASTELLANOS, AKA OROZCO RAMIREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7257. BARNETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7284. RIOS-CORTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7365. MCCLAIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–7377. MONTGOMERY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7731. SHAVANAUX *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–7763. APANOVITCH *v.* BOBBY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7795. SANTIAGO RENTERIA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–7932. MILES *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 11–7970. OTTE *v.* ROBINSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7982. MCCRAY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–8170. SINKFIELD *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8172. SMITH *v.* LONESTAR CONSTRUCTION, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–8173. RHOADES *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–8174. SEALED PETITIONER *v.* SEALED RESPONDENT ET AL. C. A. 11th Cir. Certiorari denied.